UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 10535 (SCR)

EAGER BEAVER TREE SERVICE INC.,

                              Plaintiff,

v.

TOWN OF LEWISBORO, New York,

                              Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 11/26/07 at 1:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: TOWN OF LEWISBORO, New York

At Location: 11 Main Street, South Salem, New York

    By delivering to and leaving with Town Clerk, Florence Furdyna and that deponent knew the person so served to be the Town Clerk and authorized to accept service.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 45-60 | Weight 150 |
| Color of Skin White | Height 5'7" | Color of Hair Brown |
| Other Features | | |

Robert Fouvy

Sworn to before me this
27th day of November, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10