UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Eager Beaver Tree Service, Inc.,

                Plaintiff,

        -against-                     07 CIVIL 10535 (SCR)

Town of Lewisboro,
                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

[X]    *Attorney*

    [X]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JR0156

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

[X]    *Law Firm/Government Agency Association*

    From: Santangelo Randazzo & Mangone LLP

    To:    Gelardi & Randazzo LLP

    [X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X]    *Address:* 151 Broadway, Hawthorne, NY 10532

[X]    *Telephone Number:* 914-495-3050

[X]    *Fax Number:* 914-495-3051

[X]    *E-Mail Address:* jrandazzo@gandrlaw.com

Dated: 7-1-08